-O-

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GREGG McNAMARA, | ) | Case No. CV 15-9092-JGB (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition is dismissed for lack of jurisdiction.

Dated:    December 14, 2015

Jesus G. Bernal
United States District Judge